UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

LISA R. KELLEY AND
SHARON PARKER,

    Plaintiffs,

v.

CASE NO. 5:13-CV-00451-ACC-PRL

TAXPREP1, INC.,

    Defendant.
_____/

## DECLARATION OF JOANNE MUSKOPF

I, Joanne Muskopf, do hereby swear and affirm as follows:

1. I am over 21 years of age. I am competent to testify and have personal knowledge of the matters stated in this Declaration. If called and sworn as a witness, I would testify to these facts. I understand that this Declaration is being provided to attorneys for TaxPrep1, Inc. and I understand that this Declaration may be used for a variety of purposes in litigation.

2. My testimony is being given voluntarily. No promises of benefits or threats have been made to me to persuade me to sign it. I am not represented by an attorney.

3. I am currently employed by TaxPrep1, Inc. ("TaxPrep1") as an Office Manager at 16889 E. Colonial Drive. My office used to located at the corner of E. Colonial Drive and Lake Pickett, but we moved to my current location approximately four to five years ago. I have held this position since 2002 and am employed during the tax season each year. I report directly to Area Manager Jack Lanoue.

4. As an Office Manager, I am charged with overseeing all aspects of the location, including (i) operating the office located at 16889 E. Colonial Drive and managing all day-to-day operations, (ii) ensuring the location is properly and timely opened and closed each day, (iii) preparing schedules for the employees whom I supervise, (iv) supervising the work of the employees whom I supervise and recommending discipline as

appropriate, (v) ensuring a high level of customer service and customer satisfaction, (vi) maintaining the cleanliness and organization of the location, (vii) ensuring that tax payer information is safeguarded, (viii) perfoming daily accounting and making deposits, (ix) approving my employee's time sheets and finalizing payroll, and (x) local marketing activities. In performing these duties, I operate independently and am able to exercise my own discretion and decision-making, especially with respect to managing my employees, preparing schedules, operating my location, and local marketing.

5. The location I manage is a storefront in the Corner Lakes shopping center. The storefront contains has 4 desks and 4 computers.

6. I supervise approximately 2 full time and/or part time employees during the tax season. I choose the employees who are assigned to my location. I also can make recommendations about discipline and firing, and those recommendations are give great weight by my supervisor.

7. From 2002 until 2013, I got paid a set salary each week I was employed. My salary was the same every single week.

8. I believe TaxPrep1 has properly classified me as a manager who is exempt from overtime pay. I am aware of the lawsuit filed by Lisa Kelley and Sharon Parker and do not wish to join the lawsuit.

9. I have attended annual TaxPrep1 training sessions to learn about my duties and responsibilities as an Office Manager. I also provide training to the tax preparers whom I supervise.

10. TaxPrep1 has an open door policy with its employees, and I am comfortable approaching any member of management with any concerns I might have. If I ever had a concern, I would speak with my supervisor, Jack Lanoue, or another member of management.

11. Prior to signing this Declaration, I was provided with a full opportunity to review it and make corrections. I verify that the information provided in this Declaration is true

and correct to the best of my personal knowledge under penalty of perjury in accordance with the laws of the United States and the laws of Florida.

Executed on this 26 day of February, 2014.

*Joanne Muskopf*
Joanne Muskopf