# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LISA R. KELLEY and SHARON
PARKER, individually and on behalf of
all others similarly situated,**

        **Plaintiffs,**

**v.**                                    **Case No:  5:13-cv-451-Oc-22PRL**

**TAXPREP1, INC.,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on Defendant TaxPrep1, Inc.'s Motion for Partial Summary Judgment, filed on March 30, 2015. (Doc. No. 67).

On July 1, 2015, the United States Magistrate Judge submitted a report recommending that the Motion be DENIED without prejudice. (Doc. No. 87).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 1, 2015 (Doc. No. 87), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Defendant TaxPrep1, Inc.'s Motion for Partial Summary Judgment, filed on March 30, 2015 (Doc. No. 67), is **DENIED** without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties