UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LISA R. KELLEY and SHARON PARKER,

        Plaintiffs,

v.                        Case No: 5:13-cv-451-Oc-22PRL

TAXPREP1, INC.,

        Defendant.

**ORDER**

This cause is before the Court on the Joint Motion to Approve FLSA Settlement (Doc. No. 102), and on Plaintiffs' Amended Motion for Attorney's Fees and Costs (Doc. No. 106).

The United States Magistrate Judge has submitted a report recommending that the Motions be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 20, 2015 (Doc. No. 112), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement (Doc. No. 102) is GRANTED. The Court finds that the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3. Plaintiffs' Amended Motion for Attorney's Fees and Costs (Doc. No. 106) is hereby GRANTED to the extent that Joseph D. Talmadge, Jr. is awarded attorney's fees and

costs in the total amount of $20,000.00, and that Lindsey Bash is awarded attorney's fees and costs in the total amount of $8,631.74.

    4.    This case is DISMISSED WITH PREJUDICE.

    5.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record